Dismissed and Memorandum Opinion filed March 9, 2006









Dismissed and Memorandum Opinion filed March 9, 2006.

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-06-00024-CV

____________

 

MARIANNE MALET AND MICHAEL F.
MALET, Appellants

 

V.

 

PREFERRED BANK, Appellee

 



 

On Appeal from
County Court at Law No. 3

Harris County, Texas

Trial Court Cause
No. 839,398

 



 

M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed October 18, 2005.

On March 1, 2006, appellants filed a motion to dismiss the
appeal because the case has been settled. 
See Tex. R. App. P. 42.1.  The motion is granted.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Judgment rendered and Memorandum
Opinion filed March 9, 2006.

Panel consists of Justices Hudson, Fowler, and
Seymore.